IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:25CR42 |
| | ) | |
| ALONTA SCOTT | ) | |

PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Brian J. Samuels, Assistant United States Attorney in the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

//s//
_____
Brian J. Samuels, AUSA
VA State Bar #65898
Attorney for the Government
United States Attorney's Office
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
email: brian.samuels@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on 21st day of July, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

//s//
_____
Brian J. Samuels, AUSA
VA State Bar #65898
Attorney for the Government
United States Attorney's Office
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone:  (757) 591-4000
Fax:  (757) 591-0866
email:  brian.samuels@usdoj.gov